# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

CLINTON WALTON,

     Plaintiff,

v.                                                Civil Action No.: 1:16-cv-00141
                                                   Honorable Irene M. Keeley

BAKER HUGHES OILFIELD OPERATIONS, INC.,
A Texas Corporation,

     Defendant.

## CERTIFICATE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that on this 20th day of July, 2017, a copy of the foregoing **NOTICE OF DEPOSITION DUCES TECUM OF ANDREW BRYAN STRINGER, P.E.** was electronically filed with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the below CM/ECF participants.

Philip John Sbrolla, Esquire
Matthew C. Schrebe, Esquire
Cipriani & Werner, PC
1144 Market St., Suite 300
Wheeling, WV 26003
304-232-3600 (phone)
304-232-3601 (fax)
psbrolla@c-wlaw.com
mschrebe@m-wlaw.com

                                          s/ D. Blake Carter, Jr._____
                                          D. Blake Carter, Jr. (WV State Bar No. 9970)